**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY SKYES, | No. 1:23-cv-00965-JLT-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION |
| v. | |
| MAIL ROOM SUPERVISOR, | (Doc. 14) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and issued Findings and Recommendations recommending the action be dismissed for failure to state a cognizable claim for relief. (Doc. 14.) The Court served Plaintiff with the Findings and Recommendations and notified him that any objections were due within 14 days. (Doc. 14 at 5.) The Court also informed Plaintiff that the failure to file timely objections may result in the waiver of rights on appeal. (*Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections or otherwise communicate with the court regarding this action, and the deadline to file objections has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and

1

Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendation issued on January 30, 2026 (Doc. 14) are **ADOPTED** in full.

2. This action is **DISMISSED** with prejudice for failure to state a cognizable claim upon which relief may be granted.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 28, 2026**

UNITED STATES DISTRICT JUDGE

2